UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MONTRELL WILSON (378506)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NO. 11-289-BAJ-SCR

## RULING

The Court, having carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated October 28, 2011 (doc. 19), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, IT IS ORDERED that defendant's motion to dismiss (doc. 15) is granted and this action shall be dismissed, unless within 14 days from the date of this ruling, plaintiff files an amended complaint alleging facts sufficiently to show a claim upon which relief can be granted against defendants.

Baton Rouge, Louisiana, November 23, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA