UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MONDRELL WILSON (#378506)

VERSUS                                          CIVIL ACTION

N. BURL CAIN, ET AL                             NUMBER 11-289-BAJ-SCR

**SUPPLEMENTAL RULING ON MOTION TO COMPEL DISCOVERABLE DOCUMENTS**

On January 22, 2013, a ruling was issued granting in part and denying in part the Plaintiff's Motion to Compel Discoverable Documents. Record document number 52. Plaintiff's motion was granted in part. As to the plaintiff's document Request 2, the defendants were ordered to submit a copy of each employee Disciplinary Report issued to Capt. Luke Rheams under seal for *in camera* inspection. In all other respects, the motion to compel was denied.

Defendants promptly complied with the ruling and filed the required documents under seal.[1] A review of the documents filed under seal showed that none of the materials are relevant to any issue in this case and the production of these documents is not reasonably calculated to lead to the discovery of relevant evidence.

Accordingly, insofar as the plaintiff sought to compel the production of Capt. Luke Rheams' Disciplinary Reports, the motion

---

[1] Record document number 53-2.

to compel is now denied.

Baton Rouge, Louisiana, January 30, 2013.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE