UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MONDRELL WILSON (#378506)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 11-289-SDD-SCR

### RULING

The Court has carefully considered the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Stephen C. Riedlinger dated April 15, 2013. Plaintiff has filed an objection which the Court has considered.

**THE COURT HEREBY** approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, both the Plaintiff's *Motion for Summary Judgment* and the Defendant's *Motion for Summary Judgment* are denied, and this action is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, May 28th, 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA